**Order entered October 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00814-CV

## VASSAR GROUP, INC., Appellant

## V.

## HEESEON KO, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-02575

# ORDER

Before the Court is the parties' October 11, 2018 joint motion to file sealed stipulation concerning clerk's record. The parties explain that a "small number" of summary judgment exhibits are missing from the clerk's record because they were "tendered to the trial court *in camera*" as they contain confidential and proprietary business information. The parties state they "have entered into a stipulation attaching those missing pages, providing them to this Court, and agreeing that they may be considered as part of the clerk's record," but seek leave to file the stipulation under seal.

We **GRANT** the motion to the extent we **ORDER** the parties to deliver, no later than October 22, 2018, a copy of the stipulation and the missing pages to the trial court clerk for inclusion in a supplemental clerk's record that shall be filed under seal. *See* TEX. R. APP. P.

34.5(e).  We further **ORDER** Dallas County District Clerk Felicia Pitre to file the supplemental clerk's record by October 31, 2018.

On the Court's own motion, we extend the deadline for filing appellant's brief and **ORDER** the brief be filed no later than November 12, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.


/s/     DAVID EVANS
        JUSTICE